United States Bankruptcy Court

Central District of California

In re:  Case No. 23-14082-WJ

Patricia Ann Doublet  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6   User: admin   Page 1 of 2
Date Rcvd: Sep 11, 2023   Form ID: van131   Total Noticed: 8

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 12 2023 00:27:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41676484 | Email/Text: itcdbg@edd.ca.gov | Sep 12 2023 00:27:00 | Employment Development Dept., Bankruptcy Group MIC 92E, Po Box 826880, Sacramento, CA 94280-0001 |
| 41676485 | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 12 2023 00:27:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41676486 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2023 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41676487 | Email/Text: EBN@Mohela.com | Sep 12 2023 00:26:00 | Mohela, Claims Department, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41676488 | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Sep 12 2023 00:27:00 | SchoolsFirst Federal Credit Union, Po Box 11547, Santa Ana, CA 92711-1547 |
| 41676489 | Email/Text: mtgbk@shellpointmtg.com | Sep 12 2023 00:26:00 | The Bank of New York Mellon, Po Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: van131 | Total Noticed: 8 |

Date: Sep 13, 2023　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF NON−ENTITLEMENT TO DISCHARGE
## PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Patricia Ann Doublet<br>**SSN:** xxx−xx−2961<br>**EIN:** N/A<br><br>4890 Huntsmen Pl<br>Fontana, CA 92336−0401 | **BANKRUPTCY NO.** 6:23−bk−14082−WJ<br>**CHAPTER** 13 |

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced during one of the time periods specified in section 1328(f)(1) or 1328(f)(2). Therefore, as that discharge has not been vacated, the debtor(s) is not eligible for a discharge in the above−captioned case.

Dated: September 11, 2023

By The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van131 − nond13 10/06 rev. 04/2022)

**10 / YG**