United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-14082-WJ |
| Patricia Ann Doublet | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

**FILED & ENTERED**

**SEP 18 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-14082-WJ |
| PATRICIA ANN DOUBLET, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

1   Commencing in March of 2020, the outbreak of COVID-19, also known as the
2   coronavirus, spread throughout the country and the world.  The federal courts closed that month
3   and, except for a brief period of time in the summer of 2020, remained closed until April of 2021.
4   During this period of time, the courts adapted and, in various ways, employed remote technology.
5   In particular, the court has used video technology to conduct chapter 13 confirmation
6   hearings and status conferences.  It appears this process has enhanced (considerably) the
7   convenience of these matters for the parties and the court.  Therefore, the court intends to continue
8   conducting such matters by video for the foreseeable future.
9   However, for several reasons, video hearings should occur separately from other matters
10  not handled by video.  In other words, the court avoids conducting video hearings at the same time
11  as in-person hearings.  Video hearings should occur on separate days and at separate times.
12
13  Therefore, the Court hereby ORDERS as follows:
14
15  1.   The status conference set for October 25, 2023 at 1:30 p.m. is hereby continued to
16  January 29, 2024 at 11:30 a.m.  The confirmation hearing currently scheduled for November 8,
17  2023 at 2:00 p.m. is hereby continued to January 29, 2024 at 11:30 a.m.  Counsel for the debtor
18  shall file and serve a notice of the continuance no later than September 25, 2023.
19
20  2.   The meeting of creditors is currently scheduled for October 25, 2023.  No later than
21  fourteen days prior to this meeting of creditors (and all future meetings of creditors), the debtor
22  shall comply with LBR 3015-1(m) and file and serve the secured debt payment history declaration
23  required in this case.  This topic is discussed in section III(L) on pages 32-35 of the procedures
24  order in this case which counsel for the debtor should review.
25
26  3.   If, after conducting the meeting of creditors, the trustee seeks dismissal of the case,
27  the trustee should file and serve a request to dismiss the case by October 27, 2023 either in the
28  form of (a) an objection to confirmation and a request to dismiss the case or (b) a motion to dismiss

the case. If the trustee does so, the deadline for the debtor to respond to any request by the trustee to dismiss the case filed by October 27, 2023 (whether as an objection to confirmation and a request to dismiss the case or a motion to dismiss the case) is November 3, 2023. Thereafter, the Court will review the pleadings and, in most instances, rule on the motion.

4. If the case is not dismissed after the meeting of creditors, then the following procedures apply:

    (a) The trustee or any other party may file a motion to dismiss at any time or any other motions and the deadline for the debtor to respond to such motions shall be governed by the local rules.

    (b) If the debtor owns the current residence where the debtor lives, the debtor should file (no later than January 8, 2024) a secured debt payment history declaration demonstrating that the debtor has made all monthly post-petition mortgage payments from the petition date through January 2024. If the debtor owns the residence but it is not subject to any mortgage, the declaration can be very short (i.e. a sentence or two) that simply states as much. If the debtor resides at property the debtor does not own, the debtor should file (no later than January 8, 2024) a declaration demonstrating that the debtor has made all monthly post-petition rent payments (with proof attached).[1]

    (c) If the trustee supports confirmation then, after the debtor files the required pleading, the chapter 13 trustee should file, no later than January 16, 2024, a pleading stating as much and attach a worksheet with the proposed terms of confirmation. If the chapter 13 trustee does not support confirmation then, no later than January 16, 2024, the trustee should file a motion requesting dismissal which states all grounds for dismissal and includes a declaration in support of the motion. If the debtor has not made all post-petition mortgage or rent payments for all post-petition months, the trustee normally requests dismissal of the case. If, for any reason, the trustee does not do so, the proposed terms of

---

[1] With respect to rent payments, in nearly all instances, post-petition obligations of assumed executory contracts or unexpired leases constitute administrative claims which must be paid in full pursuant to section 1322(a)(2).

1   confirmation must (a) include provisions to cure all post-petition arrearages (as well as any

2   pre-petition arrearage) and (b) provide for conduit payments for the monthly payments for

3   the rest of the case.

4          (d)    The deadline for the debtor to respond to the trustee's pleading is

5   January 22, 2024.  If the trustee seeks dismissal, the debtor should file an opposition brief

6   to the dismissal motion no later than January 22, 2024.  If the trustee recommends

7   confirmation, the debtor should state whether the debtor agrees with the terms of

8   confirmation proposed by the trustee.

9          (e)    The Court will review the pleadings and may issue a ruling without holding

10  hearings on January 29, 2024 that (i) continues the matter, (ii) dismisses the case or

11  (iii) grants other relief depending on various factors including, but not limited to, whether

12  or not an agreement exists regarding confirmation, and whether or not the debtor has timely

13  made payments and provided documents to the trustee during the case.  If no order is

14  entered prior to January 29, 2024, all parties should check the Court's posted calendar the

15  day before January 29, 2024.

16  IT IS SO ORDERED.

17                                       ###

Date: September 18, 2023

Wayne Johnson
United States Bankruptcy Judge

- 4 -