**United States Bankruptcy Court**
**Central District of California**
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, October 4, 2023**                                                                 **Hearing Room**    **304**

2:30 PM
**6:23-14082**    **Patricia Ann Doublet**                                                                 **Chapter 13**

   #33.01    Hrg re motion in individual case for order imposing stay or continuing the
automatic stay

                                     Docket    15

**Matter Notes:**

    Present: counsel for moving party: _B. HESTON_

( ) The motion is denied. The Court adopts its tentative ruling as the final ruling of the Court.

( ) The motion is denied for the reasons stated on the record.

( ) The motion is granted based on the final ruling posted by the Court.

( ) The motion is granted. The Court adopts its tentative ruling as the final ruling of the Court.

( ) The motion is granted for the reasons set forth in the motion and based on the findings of fact and conclusions of law made on the record. The Court grants the relief requested in:
        ( ) paragraph(s) _____ of the prayer of the motion.
        ( ) paragraph(s) _____ of the extraordinary relief attachment.
        ( ) section 362(d)(4) based upon ( ) unauthorized transfers of the property that is the subject of the motion and/or ( ) the filing of prior bankruptcy cases.


# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, October 4, 2023**       **Hearing Room**    **304**

---

**2:30 PM**
**CONT...**     **Patricia Ann Doublet**        **Chapter 13**

( ) The motion of the debtor(s) to continue or impose the automatic stay is granted as to:

     ( ) creditors who were properly served with the motion.

     ( ) the following creditors only: _____

     _____

( ) Order to be lodged.     ( ) No lodgement necessary.

( ) Hearing regarding the motion is continued to _____, 2023 at _____ a.m.

( ) Off Calendar

(X) **UNDER ADVISEMENT** [circled, handwritten]

---

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

   Patricia Ann Doublet        Represented By
                                                     Benjamin Heston

**Trustee(s):**

   Rod Danielson (TR)        Pro Se