NEXUS BANKRUPTCY
BENJAMIN R. HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: (951) 290-2827
Fax: (949) 288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>Debtor. | Case No.: 6:23-bk-14082-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**<br><br>**Confirmation Hearing:**<br>Date: January 29, 2024<br>Time: 11:30 am<br>Courtroom 304<br>3420 Twelfth Street<br>Riverside, CA 92501 |

I, Patricia Doublet, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on September 7, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 4890 Huntsmen Place, Fontana, CA 92336 ("Property") which I have listed on Schedule A/B with a value of $880,000. A foreclosure sale had been set for September 11, 2023 and has been postponed to December 12, 2023.

3. The Property is my current residence.

4. The Property is encumbered by a first deed of trust in favor of The Bank of New York.

1

    a. The current principal balance owing is $362,000.

    b. My monthly mortgage payment is currently $1,705.06

    c. The unpaid, accrued arrearage is $96,885.

5. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder |
|---|---|
| January 2022 | $0.00 |
| February 2022 | $0.00 |
| March 2022 | $0.00 |
| April 2022 | $0.00 |
| May 2022 | $1,791.71 |
| June 2022 | $1,704.00 |
| July 2022 | $1,791.71 (conduit) |
| August 2022 | $1,705.06 (conduit) |
| September 2022 | $1,705.06 (conduit) |
| October 2022 | $1,705.06 (conduit) |
| November 2022 | $1,705.06 (conduit) |
| December 2022 | $1,705.06 (conduit) |
| January 2023 | $1,705.06 (conduit) |
| February 2023 | $3,410.12 (conduit) |
| March 2023 | $0.00 |
| April 2023 | $1,705.06 (conduit) |
| May 2023 | $1,705.06 (conduit) |
| June 2023 | $1,705.06 (conduit) |
| July 2023 | $0 |
| August 2023 | $0 |
| September 2023 | $0 |
| October 2023 | $1,705.06 |

6. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

7. In 2022, my total income from all sources was $133,905.

8. In 2023, my income from all sources is $107,827.42 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: October 11, 2023

_____
PATRICIA DOUBLET

THIS PAPER CONTAINS VISIBLE & INVISIBLE FIBERS WHICH FLUORESCE UNDER U.V. LIGHT. A TRUE CHAINLINK WATERMARK PATTERN CAN BE SEEN WHEN HELD TO LIGHT.

**SCHOOLSFIRST** FEDERAL CREDIT UNION

P.O. Box 11547
Santa Ana, CA 92711
www.SchoolsFirstfcu.org


PRESS OR RUB.
IF RED PADLOCK DISAPPEARS,
THIS DOCUMENT IS AUTHENTIC.

VOID AFTER SIX MONTHS
90-8200
3222

05 0002834834

10/02/23

### Cashier's Check

PAY   ** ONE THOUSAND SEVEN HUNDRED FIVE DOLLARS AND 06 CENTS **

$1,705.06

TO THE ORDER OF   SHELLPOINT MORTGAGE SERVICING


President/CEO

RE: 0539113197

Two signatures required over $5000

⑈0002834834⑈ ⑆322820015 0500007360005⑈


CamScanner

  Cashier's Check

Account xxxxxxx1022     DOUBLET,PATRICIA

Cashier's Check #05-0002834834        Amount: $1,705.06

Effective Date: 10/02/23

SHELLPOINT MORTGAGE SERVICING

Purpose:    0539113197

You cannot stop payment on this cashier's check. If this check is lost or stolen, contact your credit union. There may be a delay before a replacement check is issued.



# UNITED STATES POSTAL SERVICE®

## Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Patricia Doublet
4890 Huntsmen Pl
Fontana Ca 92336

To: Shellpoint Mortgage Servicing
PO Box 650840
Dallas Tx 75265-0840

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
RANCHO CUCAMONGA, CA
91729
OCT 02 23
AMOUNT
$1.95
R2304E106280-18



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/11/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/11/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

The Bank of New York Mellon
PO Box 10826
Greenville, SC 29603-0826

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/11/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF.SERVICE**