# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, October 25, 2023**  Hearing Room  **304**

1:30 PM
**6:23-14082**    Patricia Ann Doublet    Chapter 13

#4.00    Hrg re status conference regarding confirmation of the chapter 13 plan

Docket    1
*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 9-18-23; CONT'D TO 1-29-24 AT 11:30 A.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Patricia Ann Doublet    Represented By
    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)    Pro Se