# United States Bankruptcy Court
# Central District of California

Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

---

**Wednesday, November 8, 2023**                  **Hearing Room    304**

## 2:00 PM

**6:23-14082**     Patricia Ann Doublet                                  **Chapter 13**

     **#17.00**     Confirmation of Chapter 13 Plan

                              Docket     1

                *** VACATED ***     REASON: SCHEDULING ORDER ENTERED 9-18-23; CONT'D TO 1-29-24 AT 11:30 A.M.

| Party Information |
|---|

**Debtor(s):**

    Patricia Ann Doublet                          Represented By
                                                  Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                            Pro Se