NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>Debtor. | Case No.: 6:23-bk-14082-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY IN SUPPORT OF MOTION TO CONTINUE STAY**<br><br>**Confirmation Hearing:**<br>Date: January 29, 2024<br>Time: 11:30 a.m<br>Courtroom 304<br>3420 Twelfth Street<br>Riverside, CA 92501 |

I, Patricia Doublet, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on September 7, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 4890 Huntsmen Place, Fontana, CA 92336 ("Property") which I have listed on Schedule A/B with a value of $880,000. A foreclosure sale is currently set for February 9, 2024.

3. The Property is my current residence.

4. The Property is encumbered by a first deed of trust in favor of The Bank of New York.
    a. The current principal balance owing is $371,666.

1

    b. My monthly mortgage payment is currently $1,705.06

    c. The unpaid, accrued arrearage is $107,241.

5. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder |
|---|---|
| January 2023 | $1,705.06 (conduit) |
| February 2023 | $1,705.06 (conduit) |
| March 2023 | $1,705.06 (conduit) |
| April 2023 | $1,705.06 (conduit) |
| May 2023 | $1,705.06 (conduit) |
| June 2023 | $1,705.06 (conduit) |
| July 2023 | $0 |
| August 2023 | $0 |
| September 2023 | $0 |
| October 2023 | $1,705.06 |
| November 2023 | $1,705.06 (conduit) |
| December 2023 | $1,705.06 (conduit) |
| January 2024 | $2,561.53 (conduit) |

6. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

7. In 2023, my total income from all sources was $144,331.

8. In 2024, my income from all sources is $0 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: January 9, 2024

                                                  PATRICIA DOUBLET

THIS PAPER CONTAINS VISIBLE & INVISIBLE FIBERS WHICH FLUORESCE UNDER U.V. LIGHT. A TRUE CHAINLINK WATERMARK PATTERN CAN BE SEEN WHEN HELD TO LIGHT.

**SCHOOLSFIRST** FEDERAL CREDIT UNION

P.O. Box 11547
Santa Ana, CA 92711
www.SchoolsFirstfcu.org

VOID AFTER SIX MONTHS
90-8200
3222

PRESS OR RUB.
IF RED PADLOCK DISAPPEARS,
THIS DOCUMENT IS AUTHENTIC.

10/02/23

## Cashier's Check

PAY    ** ONE THOUSAND SEVEN HUNDRED FIVE DOLLARS AND 06 CENTS **

$1,705.06

TO THE ORDER OF    SHELLPOINT MORTGAGE SERVICING

President/CEO

RE: 

Two signatures required over $5000

 CamScanner





**Cashier's Check**

Account xxxxxxx1022    DOUBLET, PATRICIA

Cashier's Check    Amount: $1,705.06

Effective Date: 10/02/23

SHELLPOINT MORTGAGE SERVICING

Purpose:

You cannot stop payment on this cashier's check. If this check is lost or stolen, contact your credit union. There may be a delay before a replacement check is issued.



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Patricia Doublet
4890 Huntsmen Pl
Fontana Ca 92336

To: Shellpoint Mortgage Servicing
PO Box 650840
Dallas Tx 75265-0840



PS Form **3817**, April 2007  PSN 7530-02-000-9065

