**FILED & ENTERED**

**JAN 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>　　　　　　　Debtor. | Case No.: 6:23-bk-14082-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER** |
|---|---|

On September 18, 2023, the Court entered a scheduling order in this case [docket #13] and, pursuant to the order, the confirmation hearing and status conference in this case are currently scheduled for January 29, 2024 at 11:30 a.m. The Court has reviewed the pleadings and, in light thereof, the Court should conduct the confirmation hearing and status conference on a different date and time with other chapter 13 cases that involve unusual issues. The other matters on calendar for January 29th involve routine chapter 13 cases with few (if any) issues. In this bankruptcy case, however, the debtor has filed numerous chapter 13 cases that have failed.

Accordingly, the Court hereby orders:

1. The confirmation hearing and status conference are hereby continued from January 29, 2024 at 11:30 a.m. to February 7, 2024 at 4:45 p.m. Both the debtor, counsel of record for the debtor (Benjamin Heston) and counsel for the trustee should appear at the continued hearings in person. The hearings will occur in person in the courtroom and not by video or telephone. Appearances by special appearance counsel would not be appropriate for these hearings.

2. No later than January 29, 2024, the debtor shall file and serve notice of the continuance upon all creditors.

IT IS SO ORDERED.

Date: January 26, 2024

_____
Wayne Johnson
United States Bankruptcy Judge