United States Bankruptcy Court

Central District of California

In re:                                                                                                                Case No. 23-14082-WJ
Patricia Ann Doublet                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                          User: admin                                                    Page 1 of 1
Date Rcvd: Jan 26, 2024                               Form ID: pdf042                                             Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024                                         Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jason T Seals | on behalf of Creditor The Bank of New York Mellon jason.seals@padgettlawgroup.com bkecf@padgettlawgroup.com;jason.seals@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

**JAN 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-14082-WJ |
| PATRICIA ANN DOUBLET, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

- 1 -

On September 18, 2023, the Court entered a scheduling order in this case [docket #13] and, pursuant to the order, the confirmation hearing and status conference in this case are currently scheduled for January 29, 2024 at 11:30 a.m.  The Court has reviewed the pleadings and, in light thereof, the Court should conduct the confirmation hearing and status conference on a different date and time with other chapter 13 cases that involve unusual issues.  The other matters on calendar for January 29th involve routine chapter 13 cases with few (if any) issues.  In this bankruptcy case, however, the debtor has filed numerous chapter 13 cases that have failed.

Accordingly, the Court hereby orders:

1. The confirmation hearing and status conference are hereby continued from January 29, 2024 at 11:30 a.m. to February 7, 2024 at 4:45 p.m.  Both the debtor, counsel of record for the debtor (Benjamin Heston) and counsel for the trustee should appear at the continued hearings in person.  The hearings will occur in person in the courtroom and not by video or telephone.  Appearances by special appearance counsel would not be appropriate for these hearings.

2. No later than January 29, 2024, the debtor shall file and serve notice of the continuance upon all creditors.

IT IS SO ORDERED.

Date: January 26, 2024

Wayne Johnson
United States Bankruptcy Judge

- 2 -