# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, January 29, 2024**     Hearing Room    **304**

**11:30 AM**
**6:23-14082**    Patricia Ann Doublet          Chapter 13

   **#33.00**    Confirmation of Chapter 13 Plan

         FROM: 11-8-23

                 Docket    1
*** VACATED ***   REASON: SCHEDULING ORDER ENTERED 1-26-24; CONT'D TO 2-7-24 AT 4:45 P.M.

**Matter Notes:**

**Tentative Ruling:**
   - NONE LISTED -

### Party Information

**Debtor(s):**

   Patricia Ann Doublet          Represented By
                                         Benjamin Heston

**Trustee(s):**

   Rod Danielson (TR)          Pro Se