# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, January 29, 2024**　　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room**　　**304**

<u>11:30 AM</u>
**6:23-14082**　　Patricia Ann Doublet　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

　　#34.00　Hrg re status conference regarding confirmation of the chapter 13 plan

　　　　　FROM: 10-25-23

　　　　　　　　　　　　　　　　　Docket　　1
　　　　**\*\*\* VACATED \*\*\*   REASON: SCHEDULING ORDER ENTERED 1-26-24; CONT'D TO 2-7-24 AT 4:45 P.M.**

**Matter Notes:**

　　- NONE LISTED -

**Tentative Ruling:**

　　- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

　　Patricia Ann Doublet　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Trustee(s):**

　　Rod Danielson (TR)　　　　　　　　　　　Pro Se