# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, February 7, 2024**            **Hearing Room**    **304**

<u>4:45 PM</u>
**6:23-14082**    **Patricia Ann Doublet**            **Chapter 13**

    #38.00    Confirmation of Chapter 13 Plan

           FROM: 11-8-23, 1-29-24

                         Docket      1

**Matter Notes:**

    PRESENT: For Chapter 13 Trustee: Bridget Kelly   For Debtor: B. HESTON

    ( )   Plan confirmed.

    ( )   Confirmation denied. Case dismissed without prejudice.

    ( )   Confirmation denied.
    Case Dismissed with a 180 day bar to refiling pursuant to 11 U.S.C. § 109(g).

    ( )   Confirmation hearing continued. See next pages for a court order with the date
    and time of the continuance and additional terms of the continuance.

    (X)   Continued to   6/10/24 AT 11:00 AM   ~~at 2:30~~ p.m.

**Tentative Ruling:**

    - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

    Patricia Ann Doublet            Represented By
                                   Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)            Pro Se

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, February 7, 2024**                                         **Hearing Room    304**

<u>4:45 PM</u>
**CONT...**     Patricia Ann Doublet                                                    Chapter 13