# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, February 7, 2024**  **Hearing Room  304**

4:45 PM
**6:23-14082**  **Patricia Ann Doublet**  **Chapter 13**

#39.00  Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 10-25-23, 1-29-24

Docket    1

**Matter Notes:**

PRESENT: _B. KELLY_

Counsel for the Debtor(s): _B. HESTON / P. DOUBLET_

( ) The status conference is concluded.

(X) The status conference is continued to _6/10/24 AT 11:00 AM_
Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

( ) The status conference is continued to _____.
Debtors are ordered to appear at the next status conference.

( ) Off calendar

( ) _____

**Tentative Ruling:**
- NONE LISTED -

**Party Information**

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, February 7, 2024**                                    **Hearing Room    304**

4:45 PM
**CONT...**    Patricia Ann Doublet                                             Chapter 13

**Debtor(s):**

Patricia Ann Doublet                Represented By
                                    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                  Pro Se