United States Bankruptcy Court

Central District of California

In re: Case No. 23-14082-WJ

Patricia Ann Doublet  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jason T Seals | on behalf of Creditor The Bank of New York Mellon jason.seals@padgettlawgroup.com bkecf@padgettlawgroup.com;jason.seals@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

**FEB 07 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>PATRICIA ANN DOUBLET,<br>　　　　　　　　Debtor. | Case No.: 6:23-bk-14082-WJ<br>CHAPTER 13<br>**SCHEDULING ORDER** |

On February 7, 2024 at 4:45 p.m., the Court held the confirmation hearing and a status conference in this case. For the reasons stated on the record, the Court hereby ORDERS as follows:

1. The confirmation hearing and status conference are continued to June 10, 2024 at 11:00 a.m.

2. No later than May 15, 2024, the debtor shall file a brief addressing the issues discussed at the hearings today including, but not limited to, whether the chapter 13 plan is feasible.

3. If the trustee supports confirmation then, after the debtor files the required pleading, the chapter 13 trustee should file, no later than May 22, 2024, a pleading stating as much and attach a worksheet with the proposed terms of confirmation. If the chapter 13 trustee

- 1 -

1  does not support confirmation then, no later than May 22, 2024, the trustee should file a motion

2  requesting dismissal which states all grounds for dismissal and includes a declaration in support

3  of the motion.

4    4.  The deadline for the debtor to respond to the trustee's pleading is May 29, 2024. If

5  the trustee seeks dismissal, the debtor should file an opposition brief to the dismissal motion. If

6  the trustee recommends confirmation, the debtor should state whether the debtor agrees with the

7  terms of confirmation proposed by the trustee.

8    5.  The Court will review the pleadings and may issue a ruling without holding

9  hearings on June 10, 2024 that (a) continues the matter, (b) dismisses the case or (c) grants other

10  relief depending on various factors including, but not limited to, whether or not an agreement

11  exists regarding confirmation, and whether or not the debtor has timely made payments and

12  provided documents to the trustee during the case. If no order is entered prior to June 10, 2024,

13  all parties should check the Court's posted calendar the day before June 10, 2024.

14  IT IS SO ORDERED.

15                                            ###

Date: February 7, 2024

_____
Wayne Johnson
United States Bankruptcy Judge

- 2 -