United States Bankruptcy Court

Central District of California

In re:                                                                                                   Case No. 23-14082-WJ
Patricia Ann Doublet                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                 Page 1 of 1
Date Rcvd: Feb 07, 2024                  Form ID: pdf042                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024                          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jason T Seals | on behalf of Creditor The Bank of New York Mellon jason.seals@padgettlawgroup.com  bkecf@padgettlawgroup.com;jason.seals@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

**FEB 07 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>Debtor. | Case No.: 6:23-bk-14082-WJ<br><br>CHAPTER 13<br><br>**ORDER DENYING DISCHARGE PURSUANT TO 11 U.S.C. § 1328(f)**<br><br>Hearing:<br>Date:    February 7, 2024<br>Time:   4:45 p.m.<br>Crtm:   304 |

On February 7, 2024 at 4:45 p.m., the Court held the confirmation hearing and status conference in this chapter 13 case. All appearances were noted on the record. Among the matters discussed at the hearing was the fact that the debtor, Patricia Ann Doublet, is not eligible for a discharge in this case pursuant to 11 U.S.C. § 1328(f) because the debtor received a chapter 7 discharge in a case filed in the United States Bankruptcy Court for the Central District of California within the last four years. That case of the debtor Patricia Ann Doublet (6:21-bk-10094-WJ) was filed on January 11, 2021 and the Court entered a discharge order on October 9, 2021.

- 1 -

Accordingly, the Court ORDERS as follows:

1. For the reasons discussed on the record, Patricia Ann Doublet is denied a discharge in this case pursuant to 11 U.S.C. § 1328(f). If the clerk of the Court inadvertently later enters a discharge order upon completion of the chapter 13 plan or at any other time, such an order shall not be valid.

IT IS SO ORDERED.

###

Date: February 7, 2024

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge