United States Bankruptcy Court

Central District of California

In re:  Case No. 23-14082-WJ

Patricia Ann Doublet  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: Feb 07, 2024  Form ID: van57  Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |
| 41691810 | LOGIX AUTO GROUP, 18017 VALLEY BLVD, BLOOMINGTON, CA 92316-1954 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 08 2024 00:46:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41676484 | | Email/Text: itcdbg@edd.ca.gov | Feb 08 2024 00:46:00 | Employment Development Dept., Bankruptcy Group MIC 92E, Po Box 826880, Sacramento, CA 94280-0001 |
| 41751197 | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 08 2024 00:46:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41676485 | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 08 2024 00:46:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41676486 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2024 00:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41676487 | | Email/Text: EBN@Mohela.com | Feb 08 2024 00:46:00 | Mohela, Claims Department, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41686014 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 08 2024 00:46:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 41676488 | | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Feb 08 2024 00:46:00 | SchoolsFirst Federal Credit Union, Po Box 11547, Santa Ana, CA 92711-1547 |
| 41676489 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2024 00:45:00 | The Bank of New York Mellon, Po Box 10826, Greenville, SC 29603-0826 |
| 41758219 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2024 00:45:00 | The Bank of New York Mellon c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon |
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: van57 | Total Noticed: 12 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jason T Seals | on behalf of Creditor The Bank of New York Mellon jason.seals@padgettlawgroup.com bkecf@padgettlawgroup.com;jason.seals@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF ORDER DENYING DISCHARGE

**DEBTOR(S) INFORMATION:**
Patricia Ann Doublet
**SSN:** xxx−xx−2961
**EIN:** N/A

4890 Huntsmen Pl
Fontana, CA 92336−0401

**BANKRUPTCY NO.** 6:23−bk−14082−WJ
**CHAPTER** 13

Notice is hereby given that an order was entered **DENYING the DISCHARGE** of the above−named debtor(s).

Dated: February 7, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van57 5/96) VAN−57

**49 / YG**