Certificate Number: 14912-CAC-DE-038377933

Bankruptcy Case Number: 23-14082



14912-CAC-DE-038377933

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2024, at 6:40 o'clock PM EDT, Patricia Doublet completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: April 14, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor