**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>Debtor. | Case No: 6:23-bk-14082-WJ<br><br>Chapter 13<br><br>**DECLARATION OF PATRICIA ANN DOUBLET IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>Confirmation Hearing:</u><br>Date: June 10, 2024<br>Time: 11:00 AM<br>Location:    3420 Twelfth Street<br>                  Riverside, CA 92501 |
|---|---|

I, Patricia Doublet, declare as follows:

1. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. Over the past few years, I have filed several bankruptcy cases. Two of these cases were dismissed involuntarily, one was dismissed voluntarily, and one successfully ended with a Chapter 7 discharge. As detailed below, I believe that the current Chapter 13 case will result in a successfully completed plan that will enable me to save my home from foreclosure.

3. In 2020, I filed bankruptcy for the first time ever. At the 341(a) hearing, the Chapter 13 Trustee cited clerical errors and an inadvertent omission of a creditor from the schedules. Unfortunately, these issues could not be corrected before the Confirmation Hearing held a few hours after the Section 341(a) Hearing.

4. After this first case was dismissed, I wanted to continue my education so that I would be eligible for a pay raise. I went back to school and obtained my certification a few months later and received a raise because of this.

5. In my second bankruptcy filing in 2021, the payment proposed by the Chapter 13 Trustee was higher than what I believed I could comfortably afford. Rather than setting myself up for failure, I opted to convert my case to Chapter 7. Following the conversion, I successfully avoided the lien encumbering my home and received a Chapter 7 discharge.

6. In my third bankruptcy case, filed in 2022, I diligently made timely payments until November of 2022. However, due to an issue with my payroll department, my paycheck was issued significantly later than I had planned for, which caused me to fall behind on one payment. This prompted the Chapter 13 Trustee to file a Motion to Dismiss. I remedied the delinquency and, through my attorney, informed the Chapter 13 Trustee who had previously indicated that they would withdraw the Motion to Dismiss once the payment posted to their accounting. Unfortunately, the Court granted the Trustee's motion before they had an opportunity to withdraw it.

7. My fourth bankruptcy case is most representative of my current financial situation. I was diligently adhering to the payment schedule and the Trustee advised my attorney that they would be recommending that my plan be

1 confirmed. After the 341(a) hearing but prior to the confirmation hearing, I was in an auto accident caused by a distracted driver on his cell phone which resulted in the total loss of my vehicle. Despite the hardship, I remained current on my Chapter 13 payments. Since I urgently needed to finance a new vehicle to get to work and medical treatments, I sought approval from the Court to incur this debt. In response to that motion, the Court ruled that the loan term must be shorter than the remaining duration of my Chapter 13 plan. My attorney advised me that at the hearing on the Motion to Incur Debt, the Court indicated that I could obtain financing longer than 5 years if I just voluntarily dismissed my case, purchased the car, and then refiled. My attorney further advised that this seemed to be the best option given the Court's comments.

8. Despite my efforts to secure a shorter-term loan, my poor credit profile posed a significant challenge. In addition to my low credit score, I was told that no one would lend to me prior to confirmation. As such, I took the course of action that the Court had indicated would be a simple solution, and I sought a voluntary dismissal of my bankruptcy case. By the grace of God, I was able to obtain a new vehicle a few days after my case was dismissed.

9. My financial situation has remained nearly unchanged since this prior case, with the exception of the new car which has significantly decreased my transportation expense, which leaves me more disposable income from which to make my Chapter 13 payments.

10. During this same period, my health has also presented significant challenges. In February of 2022, I noticed concerning changes with my health and was subsequently diagnosed with endometrial cancer. In April of the same year, I

3

underwent a hysterectomy to remove the cancer. This procedure necessitated a two-month absence from work. Although further treatment was initially deemed unnecessary, by February of 2023, I received a diagnosis of a cancerous tumor that required chemotherapy and radiation therapy. My oncologist assembled a treatment team, and I commenced chemotherapy in March of 2023, which continued through May. Subsequently, I underwent five weeks of daily radiation treatment (Monday to Friday) followed by two weeks of Brachytherapy, a specialized radiation treatment for vaginal tumors, concluding in September. Despite the physical and emotional toll of these treatments, I continued to prioritize and meet my Chapter 13 payment obligations.

11. Throughout my cancer treatment and recovery, and despite the added expenses associated with medical treatments - including travel costs to and from treatment centers, take out and prepared foods due to my inability to cook - my Chapter 13 payment obligations remained my top priority.

12. As shown in the table below, I have consistently been able to meet my payment obligations. I should note that the Trustee's payment system takes several days for payments to "post", so the actual dates that I made these payments is earlier than reflected below.

| Due Date | Date Posted | Amount Due | Amount Paid |
|---|---|---|---|
| 6:21-bk-10094-WJ | | | |
| 2/10/2021 | 2/18/2021 | $1,600 | $1,600 |
| 3/10/2021 | 3/11/2021 | $1,600 | $3,915 |
| 4/10/2021 | 4/12/2021 | $1,600 | $3,915 |
| 5/10/2021 | 5/11/2021 | $1,600 | $3,415 |

| | **6:22-bk-11243-WJ** | | |
|---|---|---|---|
| 5/2/2022 | 5/19/2022 | $1,655 | $1,655 |
| 6/2/2022 | 6/6/2022 | $1,704 | $1,704 |
| 7/2/2022 | 7/6/2022 | $3,674 | $3,674 |
| 8/2/2022 | 9/1/2022 | $3,674 | $3,674 |
| 9/2/2022 | 9/7/2022 | $3,674 | $3,674 |
| 10/2/2022 | 10/6/2022 | $4,805 | $4,000 |
| 11/2/2022 | 11/3/2022 | $4,805 | $805 |
| 12/2/2022 | 12/5/2022 | $4,805 | $4,805 |
| 1/2/2023 | 1/4/2023 | $4,541 | $4,805 |
| 2/2/2023 | 2/3/2023 | $4,541 | $4,541 |
| Catch up payment | 2/21/2023 | n/a | $4,541 |
| | **6:23-bk-10896-WJ** | | |
| 4/8/2023 | 4/12/2023 | $1,875 | $1,875 |
| 5/8/2023 | 5/9/2023 | $3,814 | $3,814 |
| 6/8/2023 | 6/7/2023 | $3,814 | $3,814 |
| 7/8/2023 | 7/7/2023 | $3,814 | $4,114 |
| | **6:23-bk-14082-WJ - PRESENT CASE** | | |
| 10/7/2023 | 10/5/2023 | $2,060 | $2,060 |
| 11/7/2023 | 11/8/2023 | $3,955 | $3,955 |
| 12/7/2023 | 12/1/2023 | $3,955 | $3,955 |
| 1/7/2024 | 1/3/2024 | $3,955 | $3,955 |
| 2/7/2024 | 2/1/2024 | $4,524 | $4,524 |
| 3/7/2024 | 3/1/2024 | $4,524 | $4,524 |
| 4/7/2024 | 4/1/2024 | $4,524 | $4,524 |
| 5/7/2024 | 5/1/2024 | $4,524 | $4,524 |

13. I want to emphasize that despite these challenges, there has only been one instance in which I was late with a payment. It has been very frustrating that unforeseen circumstances have derailed my bankruptcy cases, but these setbacks do not speak to my ability or motivation to successfully complete my current Chapter 13 plan. I am diligently focused on successfully completing my Chapter 13 plan. I have made all of my payments timely, and I will continue to do so without question. Attached hereto as Exhibit A are true and correct copies of the proofs of payment for my current case.

14. I am completely dedicated to ensuring that I remain in a position where I can weather any future uncertainties and make all of my Chapter 13 payments.

15. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 15, 2024

_____
Patricia Doublet

# EXHIBIT A

3

THIS PAPER CONTAINS VISIBLE & INVISIBLE FIBERS WHICH FLUORESCE UNDER U.V. LIGHT. A TRUE CHAINLINK WATERMARK PATTERN CAN BE SEEN WHEN HELD TO LIGHT.

**SCHOOLSFIRST**
FEDERAL CREDIT UNION

P.O. Box 11547
Santa Ana, CA 92711
www.SchoolsFirstfcu.org


PRESS OR RUB.
IF RED PADLOCK DISAPPEARS,
THIS DOCUMENT IS AUTHENTIC.

VOID AFTER SIX MONTHS    05 0002834834
90-8200
3222

10/02/23

### Cashier's Check

PAY  ** ONE THOUSAND SEVEN HUNDRED FIVE DOLLARS AND 06 CENTS **

$1,705.06

TO THE ORDER OF   SHELLPOINT MORTGAGE SERVICING


President/CEO

RE: ____3197

Two signatures required over $5000


CamScanner

CUSTOMER COPY/COPIA DEL CLIENTE

WAL*MART 1922
12549 FOOTHILL BLVD.
RANCHO CUCAMONG, CA 91739

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com
NMLS#898432

SEND/ENVIO

Date/Fecha: 10-02-2023
Time/Hora: 09:52:20

Sender Information /Información
de la persona envía
PATRICIA DOUBLET
4890 HUNTSMAN PLACE
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Receiver Information
/Información de la persona que
recibe
TFS BILL PAY
Account/Cuenta: *************2961

Reference/Referencia#
80580511

Amount Transferred/Cantidad del
Envio: 2060.00 USD
Fee/Cargos:8.99 USD
Discount/Descuento: -0.00 USD

Taxes: 0.00 USD
Total: 2068.99 USD
Collect/Cobrado: 2068.99 USD

Depending on the biller, payments generally post within 4 to 6 hour(s). / Dependiendo del acreedor los pagos generalmente se acreditan dentro de 4 a 6 hora(s).

```
1445 EAST FOOTHILL B
UPLAND, CA 9178600000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com
NMLS#898432

SEND/ENVIO

Date/Fecha: 11-28-2023
Time/Hora: 14:37:46

Sender Information /Información
de la persona envía
PATRICIA DOUBLET
4890 HUNTSMAN PLACE
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Receiver Information
/Información de la persona que
recibe
TFS BILL PAY
Account/Cuenta: ***********2961

Reference/Referencia#
         19555691

Amount Transferred/Cantidad del
Envío: 3955.00 USD
Fee/Cargos: 8.99 USD
Discount/Descuento: -0.00 USD

Taxes: 0.00 USD
Total: 3963.99 USD
Collect/Cobrado: 3963.99 USD

Depending on the biller, payments
generally post within 4 to 6
hour(s). / Dependiendo del acreedor
los pagos generalmente se acreditan
dentro de 4 a 6 hora(s).
```

CUSTOMER COPY/COPIA DEL CLIENTE

WAL*MART 5691
1445 EAST FOOTHILL B
UPLAND, CA 9178600000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com
NMLS#898432

SEND/ENVIO

Date/Fecha: 12-27-2023
Time/Hora: 16:52:44

Sender Information /Información
de la persona envía
PATRICIA DOUBLET
4890 HUNTSMAN PLACE
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Receiver Information
/Información de la persona que
recibe
TFS BILL PAY
Account/Cuenta: *************2961

Reference/Referencia#
64366319

Amount Transferred/Cantidad del
Envio: 3955.00 USD
Fee/Cargos: 8.99 USD
Discount/Descuento: -0.00 USD

Taxes: 0.00 USD
Total: 3963.99 USD
Collect/Cobrado: 3963.99 USD

Depending on the biller, payments
generally post within 4 to 6
hour(s). / Dependiendo del acreedor
los pagos generalmente se acreditan
dentro de 4 a 6 hora(s).

Customer Copy/COPIA DEL CLIENTE

WAL*MART 5691
1445 EAST FOOTHILL B
UPLAND, CA 9178600000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com
NMLS#898432

SEND/ENVIO

Date/Fecha: 01-29-2024
Time/Hora: 14:30:58

Sender Information /Información
de la persona envía
PATRICIA DOUBLET
4890 HUNTSMAN PLACE
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Receiver Information
/Información de la persona que
recibe
TFS BILL PAY
Account/Cuenta: ***********2961

Reference/Referencia#
56400840

Amount Transferred/Cantidad del
Envio: 4524.00 USD
Fee/Cargos: 8.99 USD
Discount/Descuento: -0.00 USD

Taxes: 0.00 USD
Total: 4532.99 USD
Collect/Cobrado: 4532.99 USD

Depending on the biller, payments
generally post within 4 to 6
hour(s). / Dependiendo del acreedor
los pagos generalmente se acreditan
dentro de 4 a 6 hora(s).

```
WAL*MART 5691
1445 EAST FOOTHILL B
UPLAND, CA 9178600000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com
NMLS#898432

SEND/ENVIO

Date/Fecha: 02-27-2024
Time/Hora: 15:06:05

Sender Information /Información
de la persona envía
PATRICIA DOUBLET
4890 HUNTSMAN PLACE
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Receiver Information
/Información de la persona que
recibe
TFS BILL PAY
Account/Cuenta: *************2961

Reference/Referencia#
83961720

Amount Transferred/Cantidad del
Envio: 4524.00 USD
Fee/Cargos:8.99 USD
Discount/Descuento: -0.00 USD

Taxes: 0.00 USD
Total: 4532.99 USD
Collect/Cobrado: 4532.99 USD

Depending on the biller, payments
generally post within 4 to 6
hour(s). / Dependiendo del acreedor
los pagos generalmente se acreditan
dentro de 4 a 6 hora(s).
```

```
        CUSTOMER COPY/COPIA DEL CLIENTE
        WAL*MART 5691
        1445 EAST FOOTHILL B
        UPLAND, CA 9178600000

        MoneyGram Payment Systems, Inc.
        1550 Utica Ave S
        Minneapolis, MN 55416
        1-800-926-9400
        www.moneygram.com
        NMLS#898432

        SEND/ENVIO

        Date/Fecha: 03-27-2024
        Time/Hora: 11:07:00

        Sender Information /Información
        de la persona envía
        PATRICIA DOUBLET
        4890 HUNTSMAN PLACE
        FONTANA, CA 92336
        Phone/Teléfono: 9098414490

        Receiver Information
        /Información de la persona que
        recibe
        TFS BILL PAY
        Account/Cuenta: ************2961

        Reference/Referencia#
              89300112

        Amount Transferred/Cantidad del
        Envio: 4524.00 USD
        Fee/Cargos: 8.99 USD
        Discount/Descuento: -0.00 USD

        Taxes: 0.00 USD
        Total: 4532.99 USD
        Collect/Cobrado: 4532.99 USD

        Depending on the biller, payments
        generally post within 4 to 6
        hour(s). / Dependiendo del acreedor
        los pagos generalmente se acreditan
        dentro de 4 a 6 hora(s).


              RIGHT TO REFUND
```

CUSTOMER COPY/COPIA DEL CLIENTE

WAL*MART 5691
1445 EAST FOOTHILL B
UPLAND, CA 9178600000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com
NMLS#898432

SEND/ENVIO

Date/Fecha: 04-26-2024
Time/Hora: 15:09:51

Sender Information /Información
de la persona envía
PATRICIA DOUBLET
4890 HUNTSMAN PLACE
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Receiver Information
/Información de la persona que
recibe
TFS BILL PAY
Account/Cuenta: *************2961

Reference/Referencia#
18489010

Amount Transferred/Cantidad del
Envio: 4524.00 USD
Fee/Cargos: 8.99 USD
Discount/Descuento: -0.00 USD

Taxes: 0.00 USD
Total: 4532.99 USD
Collect/Cobrado: 4532.99 USD

Depending on the biller, payments
generally post within 4 to 6
hour(s). / Dependiendo del acreedor
los pagos generalmente se acreditan
dentro de 4 a 6 hora(s).

RIGHT TO REFUND

You, the customer, are entitled to a
refund of the money to be

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF PATRICIA ANN DOUBLET IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/15/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Jason T Seals    jason.seals@padgettlawgroup.com, bkecf@padgettlawgroup.com;jason.seals@ecf.courtdrive.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/15/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/15/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**