**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>Debtor. | Case No.: 6:23-bk-14082-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY IN SUPPORT OF MOTION TO CONTINUE STAY**<br><br>**Confirmation Hearing:**<br>Date: June 10, 2024<br>Time: 11:00 am<br>Courtroom 304<br>3420 Twelfth Street<br>Riverside, CA 92501 |

I, Patricia Doublet, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on September 7, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 4890 Huntsmen Place, Fontana, CA 92336 ("Property") which I have listed on Schedule A/B with a value of $880,000. A foreclosure sale is currently set for June 11, 2024.

3. The Property is my current residence.

4. The Property is encumbered by a first deed of trust in favor of The Bank of New York.
    a. The current principal balance owing is $371,666.

1

      b. My monthly mortgage payment is currently $1,990.55.

      c. The unpaid, accrued arrearage is $107,241.

5. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder |
|---|---|
| January 2023 | $1,705.06 (conduit) |
| February 2023 | $1,705.06 (conduit) |
| March 2023 | $1,705.06 (conduit) |
| April 2023 | $1,705.06 (conduit) |
| May 2023 | $1,705.06 (conduit) |
| June 2023 | $1,705.06 (conduit) |
| July 2023 | $0 |
| August 2023 | $0 |
| September 2023 | $0 |
| October 2023 | $1,705.06 |
| November 2023 | $1,705.06 (conduit) |
| December 2023 | $1,705.06 (conduit) |
| January 2024 | $2,561.53 (conduit) |
| February 2024 | $1,990.55 (conduit) |
| March 2024 | $1,990.55 (conduit) |
| April 2024 | $1,990.55 (conduit) |
| May 2024 | $1,990.55 (conduit) |

6. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

7. In 2023, my total income from all sources was $144,331.

8. In 2024, my income from all sources is $47,732 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: May 22, 2024

                                                        PATRICIA DOUBLET