# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, June 10, 2024**                                                **Hearing Room**    **304**

---

**11:00 AM**
**6:23-14082**  Patricia Ann Doublet                                             **Chapter 13**

    **#3.00**  Confirmation of Chapter 13 Plan

            FROM: 10-25-23, 1-29-24, 2-7-24

                                      Docket    19
            *** VACATED ***   REASON: CASE DISMISSED 6-7-24

**Matter Notes:**
    - NONE LISTED -

**Tentative Ruling:**
    - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

    Patricia Ann Doublet                                  Represented By
                                                           Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                                    Pro Se