# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, June 10, 2024**             **Hearing Room**    **304**

**11:00 AM**

**6:23-14082**    **Patricia Ann Doublet**                          **Chapter 13**

**#4.00**    Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 10-25-23, 1-29-24, 2-7-24

Docket     1

*** VACATED ***    REASON: CASE DISMISSED 6-7-24

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Patricia Ann Doublet                        Represented By
                                                           Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                           Pro Se