| Attorney Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON<br>(297798) 3090 Bristol Street<br>#400 Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>PATRICIA ANN DOUBLET,<br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:23-bk-14082-WJ<br>CHAPTER 13<br><br>**APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(q)(6)] |

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number  21   .

2. **RARA Fee Agreement** Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $ 5,000.00  for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $ 250.00  per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

    *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Fees**. Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

    |  |  |
    |---|---|
    | Fees Requested | $ 6,025.00 |
    | Expenses Requested | $ _____ |
    | Total | $ 6,025.00 |

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2024                                          Page 1                              F 3015-1.19.APP.CH13.FEES.DMCON

4. **Case Status.**

   ☒ This Chapter 13 case was dismissed by the order entered as docket number __65__.

   ☐ This Chapter 13 case was converted to Chapter ___ by the order entered as docket number _____.

5. **Plan Status.**

   ☐ A Chapter 13 Plan was confirmed in this case by the order entered as docket number _____.

   ☒ A Chapter 13 Plan was not confirmed prior to dismissal or conversion.

6. **Property on hand.** The Chapter 13 Trustee may possess undistributed property.

7. **Claim Prerequisites.** This Application satisfies the "Claim Prerequisites" identified in LBR 3015-1(q)(6) because it will be filed and served on the Chapter 13 Trustee, Debtor, and other parties in interest within 14 days of entry of the order dismissing or converting this case.

8. **Prior Award for Basic Services**.

   ☒ Attorney previously was awarded fees for Basic Services in the amount of $_____.

   ☐ Attorney previously has not been awarded fees for Basic Services.

9. **Prior Awards for Additional Services**.

   ☒ Attorney has not previously applied for Additional Fees in this case.

   ☐ Attorney previously applied for Additional Fees in this case. A total of $_____ has been awarded to Attorney for Additional Fees pursuant to its prior requests.

   ☐ One or more applications for Additional Fees in this case are pending. See docket number(s) _____. A total of $_____ in Additional Fees was requested pursuant to those pending applications.

10. **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
| 03/07/2023 | $ 501.00 | Debtor |
| 09/07/2023 | $ 501.00 | Debtor |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL | $ 1,002.00 |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

May 2024    Page 2    F 3015-1.19.APP.CH13.FEES.DMCON

**11. Amount and Basis for Compensation Requested.**

a. ☒ Basic Services. Applicant requests allowance of fees of $ 5,000.00 for Basic Services pursuant to the RARA.

Description of the services provided, the results achieved and the reasonableness of the requested fee in light of the dismissal or conversion of this case (Check here ☐ if an addendum containing additional information is attached.)

b. ☒ Additional Services—Presumptively Reasonable Fees. Applicant requests allowance of fees of $ 1,025.00 for Additional Services identified in the following table; these amounts are equal to or less than the maximum Presumptively Reasonable Fee (No Look Fee) specified in the TCG Supplement to LBR 3015-1(v) that is posted in The Central Guide.

*(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ 1,025.00 | $1,025.00 | Motion to extend / impose automatic stay (no opposition) | 15 |
| $ | $500.00 | Application for order setting hearing on shortened notice [LBR 9075-1(b)] (no opposition) | |
| $ | $1,725.00 | Motion to avoid lien [11 U.S.C. § 506(a)] (no opposition) | |
| $ | $2,050.00 | Motion to avoid lien [11 U.S.C. § 506(a)] resolved by a stipulation and order to avoid lien | |
| $ | $1,025.00 | Motion to avoid lien [11 U.S.C. § 522(f)] (no opposition) | |
| $ | $1,325.00 | Objection to claim (motion to disallow claim) (no opposition) | |
| $ | $500.00 | Opposition to Chapter 13 trustee's motion to dismiss or convert case | |
| $ | $1,025.00 | Motion to modify plan (no opposition) | |
| $ | $1,025.00 | Motion to refinance / sell real property (no opposition) | |
| $ | $1,025.00 | Motion to incur debt (no opposition) | |
| $ | $425.00 | Application for order confirming that loan modification discussion does not violate the automatic stay (no opposition) | |
| $ | $2,775.00 | Adversary Proceeding to avoid lien (no response) | |
| $ | $3,375.00 | Loan Modification Management Program (Attorney's Fees and Costs) | |
| $ 1,025.00 | | Total Requested | |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

May 2024    Page 3    F 3015-1.19.APP.CH13.FEES.DMCON

c. ☐ <u>Additional Services—Hourly or Other.</u>  Attorney requests allowance of fees of $_____ for Additional Services on an hourly or other basis, as described below:

   (1) Dates during which the Additional Services were provided: from (*dates*) _____ to _____.

   (2) Description of the services provided, the results achieved and the reasonableness of the requested hourly fees in light of the dismissal or conversion of this case: (Check here ☐ if an addendum containing additional information is attached.)

   (3) Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
| **TOTAL** |  |  |  |  |

   (4) A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

   (5) If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*May 2024*                                              Page 4                              **F 3015-1.19.APP.CH13.FEES.DMCON**

12. **Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| **TOTAL** | $ |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

*(Note: If you are requesting allowance of expenses, you must explain above why the requested expenses are extraordinary.)*

13. **Request for Payment.** Pursuant to LBR 3015-1(q)(6), Attorney requests an order directing the Chapter 13 Trustee to disburse to Attorney, to the extent funds are available, the payment of the fees and expenses requested, in addition to any unpaid fees and expenses previously allowed in favor of Attorney in this case.

14. **Consent and Declaration of Debtor.**

---

**CONSENT AND DECLARATION OF DEBTOR(S)**

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this 17 day of June, 20 24 at (city) Fontana, (state) CA

Signature of Debtor 1: *[signature]*

Printed name of Debtor 1: Patricia Ann Doublet

Signature of Debtor 2: _____

Printed name of Debtor 2: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

May 2024                                    Page 5                              F 3015-1.19.APP.CH13.FEES.DMCON

**15. Certifications of Counsel.**

a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

b. **No Debtor Consent and Declaration.** If the Debtor has not executed the Consent and Declaration in Paragraph 13, the reason the Debtor has not done so is as follows:

c. **True and Correct**. I certify that the information contained in and attached to this Application is true and correct.

Date: 06/16/2024

Respectfully submitted,

_____
Signature of Attorney for Debtor

Benjamin Heston
_____
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/19/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Jason T Seals     jason.seals@padgettlawgroup.com, bkecf@padgettlawgroup.com;jason.seals@ecf.courtdrive.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/19/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/19/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**