| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ Attorney for<br><br>☒ Chapter 13 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**PATRICIA ANN DOUBLET**<br><br><br><br>Debtor(s) | **Chapter: 13**<br><br>Case Number: **6:23-bk-14082-WJ** |
|---|---|
| | **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | [No Hearing Required] |

The Chapter 13 Trustee, having reviewed the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on **6/19/2024,** as docket entry number **70,** provides the following response to the Application:

☐   RECOMMENDED WITHOUT CONDITION.

☒   RECOMMENDED on the following conditions:

Movant is requesting $5,000 pursuant to the RARA and $1,025 for the Motion to Extend/Impose the Stay. Per this court's compensation guidelines, a fee application detailing the services is required for RARA fees that exceed $1,250 in dismissed cases. This fee application does not contain a detailed description of services rendered. And since this case was filed before May 1, 2024, the prior no-look fee applies to the motion. Therefore, the trustee recommends $1,250 RARA fee and $750 for the motion for a total of $2,000 to be directly paid by the debtor pursuant to the Court's comments regarding payment of fees in dismissed or converted cases. Alternatively, if Movant provides a detailed description of the RARA services, Movant may contact the Trustee's office for amended comments.

☐    NOT RECOMMENDED on the following conditions:


☐ See attached sheet

☐    NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE.

☐    SET FOR HEARING.

Respectfully submitted,

Dated: 7/1/2024

Rod Danielson, Chapter 13 Trustee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG.142 - 07/01/2024 - BK
December 2017                    Page 2              F 3015-1.11.TRUSTEE.COMMENT.FEES.DMCON

| In re:    **PATRICIA ANN DOUBLET** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:23-bk-14082-WJ** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO RIGHTS AND RESPONSIBILITIES AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____**07/01/2024**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**ben@nexusbk.com**

☐ Service Information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:**
On ,**07/01/2024** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
PATRICIA ANN DOUBLET
4890 HUNTSMEN PL
FONTANA, CA 92336-0401

☐ Service Information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/01/2024 | Susan Jones | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.